**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ATTORNEYS AT LAW

77 Water Street, Suite 2100
New York, New York 10005
Telephone: 212.232.1300
Fax: 212.232.1399
www.lewisbrisbois.com

MARK K. ANESH
DIRECT DIAL: 212.232.1411
MARK.ANESH@LEWISBRISBOIS.COM

August 15, 2014

**VIA FACSIMILE** (718.613.2527)

Judge Jack B. Weinstein
United States District Court Judge
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn NY 11201

    Re:   <u>Campbell v. Ganguly, 14-cv-00188-JBW-RML</u>

Dear Judge Weinstein:

    We represent Defendant Ishita Ganguly in the above-referenced matter. Pursuant to an Order dated August 1, 2014, a status conference has been scheduled for the above-referenced matter for August 20, 2014. As Your Honor may be aware, on May 12, 2014, Magistrate Judge Robert M. Levy heard argument on Defendant's motion for a stay of the instant proceeding. The Court declined to issue a full stay of the action (due to an on-going criminal matter) by directing the parties to conduct written non-party discovery and thereafter participate in a court conference in September, 2014. Non-party discovery has not yet been concluded. In light of the foregoing, Defendant Ganguly respectfully requests that the scheduling of any conference in this matter be held in abeyance until the non-party discovery is complete.

    In the event the Court still requires a conference notwithstanding the pending criminal action and in light of the fact that the parties are required to appear in person, we request a brief adjournment of the August 20, 2014 conference. Our office and client are available to appear on September 10, 11, 15 or 16.

    We have conferred with counsel for Plaintiffs Campbell and Rudolf. Although Plaintiffs do not join in Defendant's request to hold the scheduling of a conference in abeyance, they take no position and will follow this Court's direction on the matter. However, Plaintiffs have no objection to a brief adjournment of the status conference and are available on the dates set out above. Finally, the Plaintiffs respectfully request leave of the Court to appear at the conference, if necessary, via teleconference as they both live far outside of New York; Plaintiff Campbell resides in Michigan and Plaintiff Rudolf lives in Florida.

ATLANTA • BEAUMONT • BOSTON • CHARLESTON • CHICAGO • DALLAS • DENVER • FORT LAUDERDALE • HOUSTON • LA QUINTA • LAFAYETTE • LAS VEGAS • LOS ANGELES • MADISON COUNTY
NEW ORLEANS • NEW YORK • NEWARK • ORANGE COUNTY • PHILADELPHIA • PHOENIX • SACRAMENTO • SAN BERNARDINO • SAN DIEGO • SAN FRANCISCO • SEATTLE • TAMPA • TEMECULA • TUCSON

4824-6115-7661.1

Page 2

      We thank the Court in advance for its time and consideration. Should you have any questions, please feel free to contact the undersigned.

                                            Respectfully submitted

                                            Mark K. Anesh for
                                            LEWIS BRISBOIS BISGAARD & SMITH LLP

MKA/RAB
cc:    Brian Maas, Esq. (bmaas@fkks.com)
        Andrew J. Ungberg, Esq. (AUngberg@fkks.com)
        Counsel for plaintiff