# Frankfurt Kurnit Klein + Selz PC

Andrew J. Ungberg
488 Madison Avenue, New York, New York 10022
T (212) 705 4868    F (347) 438 2195
aungberg@fkks.com

August 28, 2018

**VIA ECF**
Hon. Robert M. Levy
Magistrate Judge
United States District for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

          RE:    *Campbell v. Ganguly*, No. 14-cv-00188 (E.D.N.Y)

Dear Magistrate Levy:

      This firm represents Plaintiffs James Campbell and Kevin Rudolf in this action. Pursuant to this Court's order dated June 26, 2018, we write to notify the Court that Plaintiffs have received a disbursement from the U.S. Department of the Treasury, which represents their respective shares of the proceeds of the assets forfeited by the government from Defendant Ganguly in the related criminal action, *U.S. v. Ganguly*, No. 14-cr-00123 (S.D.N.Y.) (the "Forfeiture Proceeding").

      As Plaintiffs anticipated, however, the sums recovered through the Forfeiture Proceeding represent just one-third of their respective losses resulting from the scheme alleged in the Complaint. Plaintiffs therefore assert that their claims against Defendant remain intact and that they have the right to pursue recovery of the balance of their losses through this action.

      In light of the disbursement and effective end of the Forfeiture Proceeding, it is Plaintiffs' position that this action should be restored to active status, beginning with a Rule 26(f) meet and confer between the parties followed by a scheduling conference with the Court to address the issuance of a revised case management order.

Hon. Robert M. Levy
August 28, 2018
Page 2 of 2

  Accordingly, Plaintiffs respectfully request that the Court lift the stay currently in place in this action and direct that the parties submit an amended Rule 26(f) report on or before September 21, 2018, the current deadline for the expiration of the stay. We have conferred with Defendant's counsel regarding this request, and they have consented to the proposal.

  On the foregoing grounds, Plaintiffs respectfully submit that their request should be granted and that the case be restored to active status.

Respectfully Submitted,

*/s/ Andrew J. Ungberg*

Andrew J. Ungberg

cc: Counsel of Record (via ECF)