UNITED STATES DISTRICT COURT
EASTERN OF NEW YORK

| | |
|---|---|
| JAMES CAMPBELL and KEVIN RUDOLF,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>ISHITA GANGULY<br><br>　　　　　　　　　　　Defendant. | Case No. 14-CV-00188-JBW-RML<br><br>ECF CASE<br><br>STIPULATION AND [PROPOSED] SCHEDULING ORDER |

IT IS HEREBY STIPULATED AND AGREED, by Plaintiffs James Campbell and Kevin Rudolf ("Plaintiffs") and defendant Ishita Ganguly ("Defendant"), that the deadlines for fact discovery and the briefing schedule for summary judgment in the above-captioned counsel shall be as follows:

| **Deadline** | **Due Date** |
|---|---|
| Last Day for Service of Discovery Requests | June 28, 2019 |
| Close of Fact Discovery | July 31, 2019 |
| Deadline to File Plaintiffs' Motion for Summary Judgment and Opening Brief | September 30, 2019 |
| Deadline to File Defendant's Opposition Brief | October 30, 2019 |
| Deadline to File Plaintiff's Reply Brief | November 13, 2019 |

1

Dated: February 21, 2019

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:    */s/ Mark K. Anesh*
      Mark K. Anesh
Joshua Reece
77 Water Street, Suite 2100
New York, New York
Tel: (212) 232-1411
Mark.Anesh@lewisbrisbois.com
Joshua.Reece@lewisbrisbois.com

*Attorneys for Defendant Ishita Ganguly*

Dated: February 21, 2019

FRANKFURT KURNIT KLEIN & SELZ P.C.

By:    */s/ Andrew J. Ungberg*
      Andrew J. Ungberg
Brian E. Maas
488 Madison Avenue, 10th Floor
New York, New York 10022
Tel: 212-980-0120
bmaas@fkks.com
aungberg@fksk.com

*Attorneys for Plaintiffs James Campbell and Kevin Rudolf*

**SO ORDERED.**

                                              Hon. Robert M. Levy
                                       United States Magistrate Judge