## CERTIFICATE OF SERVICE

**STATE OF NEW YORK**   )
                                        ) ss.:
**COUNTY OF NEW YORK** )

Catherine M. Ryan, being duly sworn, deposes and says:

I am not a party to this action, I am over eighteen (18) years of age, and I reside in the State of New York, County of New York.

That on the 19th day of August, 2019, I caused the foregoing **NOTICE OF APPEARANCE** to be electronically filed with the Clerk of the United States District Court for the Eastern District of New York via the CM/ECF system, which sent notification of filing to all counsel and parties who have entered an appearance in this case:

Dated: New York, New York
August 19, 2019

_____
Catherine M. Ryan, Esq. (CR0624)

4850-3918-5429.1