



**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 17 2020 ★

BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

JAMES CAMPBELL AND KEVIN RUDOLF,

    Plaintiffs,

ISHITA GANGULY,

    Defendant.

---

Case No. 14-CV-00188-JBW-RML

ECF CASE

<u>**CONSENT JUDGMENT**</u>

*[Handwritten note: Counsel shall resubmit consent judgment with blanks and computations filled in. /s/ Judge Weinstein 1/16/20]*

Plaintiffs James Campbell and Kevin Rudolf ("Plaintiffs") and Defendant Ishita Ganguly ("Defendant") hereby stipulate that this Consent Judgment shall be entered.

**WHEREAS,** Plaintiffs commenced the above-captioned action (the "Civil Action") against Ganguly by filing a Complaint on or about January 10, 2014, (the "Complaint"); and

**WHEREAS,** the Complaint alleges, among other things, that Defendant induced Plaintiff Rudolf to transfer $1,000,000.00 into a bank account controlled by Ganguly on April 18, 2012 for the purposes of making an investment, but Ganguly thereafter converted Plaintiff Rudolf's funds for her own personal use (the "Fraud"); and

**WHEREAS,** the Complaint alleges, among other things, that Defendant induced Plaintiff Campbell to transfer $1,000,000.00 into a bank account controlled by Ganguly on May 15, 2012 for the purposes of making an investment, but Ganguly thereafter converted Plaintiff Campbell's funds for her own personal use (the "Fraud"); and

**WHEREAS,** Ganguly filed an Answer to the Complaint on or about February 20, 2014 (the "Answer"); and

**WHEREAS,** in 2014 Ganguly pled guilty to securities fraud (the "Guilty Plea") in the criminal action *United States of America v. Ishita Ganguly,* 1:14-CR-00 123-VSB (SDNY) ( the

